UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JESUS JOSE PARRA, et al., <br><br> Plaintiffs, <br> v. <br><br> L & C FOOD SAN JOSE LLC and LLOYD CHEN, <br><br> Defendants. | Case No. 5:13-cv-03419-PSG <br><br> **ORDER REFERRING CASE TO ADR** <br><br> (Re: Docket Nos. 22 and 24) |

Pursuant to the stipulation of the parties,[1] the parties are referred to the ADR unit. The parties shall reach out to the ADR unit within fourteen days to select a mediator. The parties shall complete ADR within sixty days of this order.

**IT IS SO ORDERED**

Dated: June 23, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket No. 24.